EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| Designación Miembro del Comité de Revisión del Manual de Instrucciones al Jurado | 2018 TSPR 115<br><br>200 DPR ____ |

Número del Caso:  EC-2017-2-A

Fecha: 25 de junio de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Designación Miembro del Comité de Revisión del Manual de Instrucciones al Jurado

**Núm.** EC-2017-0002-A

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de junio de 2018.

Mediante Resolución de 1 de noviembre de 2004, designamos al Lcdo. Asdrúbal Domenech Rosa como miembro del Comité de Revisión del Manual de Instrucciones al Jurado (Comité). El 2 de junio de 2006, el Comité hizo entrega formal de su Proyecto Final del Libro de Instrucciones al Jurado. Véase *In re Agrad. Miembros Comité Jurado*, 168 DPR 553 (2006).

Iniciado un proceso de consulta pública, se aprobaron unas nuevas Reglas de Evidencia en el 2008 y el Código Penal vigente, Ley Núm. 146-2012, según emendado. Lo anterior, así como las múltiples enmiendas a las Reglas de Procedimiento Criminal, crearon la necesidad de reexaminar el documento a la luz de los cambios en el ordenamiento jurídico.

Para descargar una nueva encomienda de revisión y actualización del Libro de Instrucciones al Jurado, el Tribunal reconstituyó el Comité mediante Resolución de 3 de marzo de 2017, EC-2017-002.

En virtud de la *Moción solicitando relevo como miembro del Comité de Revisión del Manual de Instrucciones al Jurado* presentada por el licenciado Domenech Rosa, aceptamos su renuncia y agradecemos su

compromiso, responsabilidad y el apoyo brindado para enriquecer el funcionamiento y las labores del Comité.

Además, se designa a la Hon. Ana Paulina Cruz Vélez, Jueza Superior del Tribunal de Primera Instancia, como integrante del Comité de Revisión del Manual de Instrucciones al Jurado.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo